UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IAN E BEGGS,

    Plaintiff,

v.                                         Case No: 5:23-cv-106-BJD-PRL

STEPHEN QUINN, RAMON RIVERA,
MICHAEL SANCHEZ, MICHAEL
PRENDERGAST and JAMES
MERRITT,

    Defendants.

## ORDER

On January 10, 2024, Plaintiff, proceeding *pro se*, filed a motion to amend his third amended complaint, apparently in response to the defendants' motion to dismiss. (Doc. 28). Then, on February 20, 2024, without the Court's approval, Plaintiff filed his fourth amended complaint. (Doc. 29). On February 28, 2024, instead of responding to Plaintiff's motion, Defendants filed a new motion to dismiss Plaintiff's fourth amended complaint. (Doc. 30). Accordingly, without weighing on the merits of Plaintiff's motion to amend or fourth amended complaint, the Court will **grant** his motion to amend. (Doc. 28). He is, however, prohibited from filing any additional amended complaints without express Court approval.

Finally, because Defendants have responded to Plaintiff's motion to amend with a motion to dismiss the fourth amended complaint, their motion to dismiss the third amended complaint will be **terminated as moot**. (Docs. 25 & 26).

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on February 28, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties